**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 96-50947**
**Summary Calendar**
_____

**JAIME ROSADO,**

**Plaintiff-Appellant,**

**versus**

**DEPARTMENT OF THE UNITED STATE AIR FORCE,**
**KELLY AIR FORCE BASE,**

**Defendant-Appellee.**

_____

**Appeal from the United States District Court**
**for the Western District of Texas**
**(SA 96-CV-1020)**
_____

June 12, 1997

Before SMITH, DUHÉ, and BARKSDALE, Circuit Judges.

PER CURIAM[*]:

Jaime Rosado, _pro se_, appeals the dismissal for lack of subject matter jurisdiction of his complaint.  We have reviewed the record and the parties' briefs, and note that appellant wholly fails to brief any issue on appeal, contrary to the Federal Rules of Appellate Procedure.  In any event, we affirm the dismissal of

---

[*]    Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

Rosado's complaint for essentially the reasons stated by the district court.

                                        ***AFFIRMED***